UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **Edwin X. Maldonado Jimenez,**<br>    PLAINTIFF, | ) CASE #: 3:25-CV-800-_____<br>)<br>) |
| v. | )<br>) |
| **KLIMA, PETERS & DALY, P.A., P.C.**<br>**ABSOLUTE RESOLUTIONS INVESMENTS,**<br>**LLC**<br>    DEFENDANTs. | )<br>)<br>) **JURY TRIAL DEMANDED**<br>) |

COVER LETTER FOR SUMMONSES

Comes now the Plaintiff, by counsel and files the following Summonses

1. Klima, Peters & Daly, PA PC

2. Absolute Resolution Investments, LLC

**Edwin X. Maldonado Jimenez**

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)