IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| EDWIN X. MALDONADO JIMENEZ | ) |
| *Plaintiff*, | ) |
| v. | ) |
| | ) Case No: 3:25-cv-00800-REP |
| KLIMA, PETERS & DALY, P.A., P.C., ET. AL. | ) |
| *Defendants.* | ) |

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT ABSOLUTE RESOLUTIONS INVESTMENTS, LLC TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

COMES NOW, Defendant, Absolute Resolutions Investments, LLC ("ARI"), by and through counsel, moves, pursuant to Fed.R.Civ.P. 6, and with Plaintiff's consent, moves for an extension of time to file its responsive pleading to Plaintiff's Complaint, and as grounds states as follows:

1. Plaintiff filed his Complaint on September 30, 2025. [ECF No. 1].

2. The Complaint was served on Defendant on December 16, 2025, making Defendant's responsive pleading due January 6, 2025.

3. Undersigned counsel was recently retained and needs additional time to investigate the facts and claims alleged in the Complaint.

4. Undersigned counsel was scheduled to be out of office on vacation from December 24, 2025 through January 2, 2026 during the holidays.

5. As such, ARI requests a thirty (30) day extension for filing its responsive pleading to the Complaint making the new deadline February 5, 2026.

      6.      Plaintiff consents to the requested relief.

WHEREFORE, your Defendant, Absolute Resolutions Investments, LLC, respectfully requests that this Honorable Court grant the extension and allow it to file its responsive pleading to the Complaint on or before February 5, 2026.

                                                        THE LAW OFFICES
                                                        OF RONALD S. CANTER, LLC

/s/ Bradley T. Canter
Bradley T. Canter, Esq. (VSB No. 86766)
2200 Research Boulevard, Suite 560
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: bcanter@roncanterllc.com
*Attorney for Defendant Absolute Resolutions Investments, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by ECF/CM procedures on this 5th day of January, 2026 to:

Jason Meyer Krimbein, Esq.
10307 W. Broad Street, Suite 293
Glen Allen, VA 23060
jkrumbein@krumbeinlaw.com
*Attorney for Plaintiff*

Klime, Peters & Daly, P.A., P.C.
2025 E. Main Street, Suite 206
Richmond, VA 23223
*Defendant*

/s/ Bradley T. Canter
Bradley T. Canter, Esquire
*Attorney for Defendant Absolute Resolutions Investments, LLC*
