# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| EDWIN X. MALDONADO JIMENEZ | ) |
| *Plaintiff,* | ) |
| v. | ) |
| | ) Case No: 3:25-cv-00800-REP |
| KLIMA, PETERS & DALY, P.A., P.C., ET. AL. | ) |
| *Defendants.* | ) |

## ORDER

UPON CONSIDERATION of the Consent Motion for Extension of Time for Defendant Absolute Resolutions Investments, LLC to File Its Responsive Pleading to Plaintiff's Complaint, and good cause shown, it is this ___ day of _____, 2026,

**ORDERED,** that the Motion be, and hereby is **GRANTED,** and it is further,

**ORDERED,** that the time for Defendant Absolute Resolutions Investments, LLC's filing of a responsive pleading to Plaintiff's Complaint is extended through February 5, 2026.

_____
JUDGE