UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Edwin X. Maldonado-Jimenez,<br>    PLAINTIFF,<br><br>v.<br><br>KLIMA, PETERS & DALY, P.A.,<br>ABSOLUTE RESOLUTIONS<br>INVESTMENTS, LLC<br>    DEFENDANTs. | CASE #: 3:25-CV-800-REP<br><br><br><br>JURY TRIAL DEMANDED |

CONSENT TO EXTENSION BY ABSOLUTE RESOLUTIONS INVESTMENTS, LLC

Comes now the Plaintiff, by counsel and CONSENTS to the request for extension by counsel for ABSOLUTE RESOLUTIONS INVESTMENTS, LLC.

Edwin X. Maldonado-Jimenez

 /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 5 January 2026 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Bradley T. Canter, Esq.**
**Counsel for Absolute Resolutions Investmenrs, LLC**

And to the following non-filing users:

NONE

_____/s/_____
Jason M. Krumbein, Esq. VSB# 43538
JKrumbein@KrumbeinLaw.com
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
(804) 592-0792 - Telephone
(804) 823-2565 – Facsimile

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)