IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EDWIN X. MALDONADO-JIMENEZ,

    Plaintiff,

v.	Civil Action No. 3:25cv800

KLIMA, PETERS & DALY, P.A., P.C.,
et al.,

    Defendants.

## ORDER

Having considered the CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT ABSOLUTE RESOLUTIONS INVESTMENTS, LLC TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT ("Motion for Extension") (ECF No. 8), and the plaintiff's response thereto (ECF No. 9), it is hereby ORDERED that the Motion for Extension (ECF No. 8) is granted with modification. It is further ORDERED that the defendant, Absolute Resolutions Investments, LLC, shall file its Answer and any other motions with respect to the Complaint by February 5, 2026.

It is so ORDERED.

                                          /s/ REP
                                        Robert E. Payne
                                        Senior United States District Judge

Richmond, Virginia
Date: January 7, 2026