```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF VIRGINIA
                   Richmond Division
```

EDWIN X. MALDONADO JIMENEZ

    Plaintiff,

v.                                             Case No.  3:25-cv-800

KLIMA, PETERS & DALY, P.A., P.C. et al

    Defendants.

**SCHEDULING ORDER**

    Finding it in the interest of justice and otherwise reasonably necessary for the orderly and efficient administration of justice, it is hereby **ORDERED** that the schedule set forth below and in Pretrial Schedule A (attached) shall govern the progress of this action, except to the extent amended or augmented by the terms of the Initial Pretrial Order issued after the pretrial conference or by any other Order.

    1.    Any party which has not filed an Answer to the Complaint shall do so within **eleven (11)** days after entry of this Scheduling Order.  Filing of an Answer shall not waive any previously filed motions or properly presented objections to jurisdiction or service of process.

    2.    Within **fifteen (15)** days after entry of this Order, motions for joinder of additional parties or amendment of pleadings

shall be filed. Any such motions filed thereafter will be entertained only upon a showing of good cause.

    3.    Within **fifty (50)** days after entry of this Order, counsel for each party, and a representative of each party with authority to conclude a settlement of this action, shall meet in person with the undersigned district judge or, if directed, with another district or magistrate judge to discuss settlement. The representative for a business entity (corporation, partnership or otherwise) must be an officer or employee <u>not employed</u> in the business entity's law department or general counsel's office, although such lawyers are welcome to attend with the other representative. Each counsel shall be prepared to present a cogent, brief summary of the issues of liability and damages. Counsel for each party shall be responsible to assure that the settlement conference is conducted as herein prescribed.

    The Clerk is directed to send a copy of this Scheduling Order and attached Pretrial Schedule A to all counsel of record and to any party not represented by counsel.

    It is so ORDERED.

                                              /s/ REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: January 30, 2026