UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| EDWIN X. MALDONADO-JIMENEZ, <br>    PLAINTIFF, <br><br> v. <br><br> KLIMA, PETERS & DALY, P.A., P.C. <br> ABSOLUTE RESOLUTION INVESMENTS, LLC <br>    DEFENDANTs. | ) <br> )    CASE #: 3:25-CV-800-REP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF SETTLEMENT AS TO ALL DEFENDANTS

Comes now the Plaintiff, by counsel and give notice that Klima, Peters and Daly, P.A. P.C. and Absolute Resolution Investments, LLC have settled. An order will circulate within 21 days.

 

**Edwin X. Maldonado-Jimenez**

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 16 March 2026 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Bradley T. Canter, Esq.
Counsel for Absolute Resolutions Investments, LLC

Patrick K. Burns, Esq.
Laurent Marshall Burnette, Esq.
Counsel for Klima, Peters & Daly P.A. P.C.

And to the following non-filing users:

NONE

                                                /s/
                                Jason M. Krumbein, Esq. VSB# 43538
                                JKrumbein@KrumbeinLaw.com
                                Krumbein Consumer Legal Services, Inc.
                                10307 W. Broad St. Suite 293
                                Glen Allen, VA 23060
                                (804) 592-0792 - Telephone
                                (804) 823-2565 – Facsimile

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)