IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EDWIN X. MALDONADO JIMENEZ,

    Plaintiff,

v.                                          Civil Action No. 3:25cv800

KLIMA, PETERS & DALY,
P.A., P.C., et al.,

    Defendants.

### ORDER

Having reviewed the NOTICE OF SETTLEMENT AS TO ALL DEFENDANTS (ECF No. 23) filed on March 16, 2026, and it appearing that the disputes in this action have been settled, it is hereby ORDERED that, pursuant to PRETRIAL SCHEDULE A, ¶ I.D (ECF No. 17-1), the parties shall electronically file a Stipulation of Dismissal by March 31, 2026.

It is so ORDERED.

_____ /s/ _____
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March 17, 2026