UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| Edwin X. Maldonado-Jimenez<br>    PLAINTIFF, | ) <br> ) <br> ) | CASE #: 3:25-CV-800-REP |
| v. | ) <br> ) | |
| KLIMA, PETERS & DALY, P.A., P.C.<br>ABSOLUTE RESOLUTIONS<br>INVESTEMENTS, LLC<br>    DEFENDANTs. | ) <br> ) <br> ) <br> ) | JURY TRIAL DEMANDED |

## CORRECTED STIPULATION OF DISMISSAL AS TO ALL DEFENDANTS

Come now the Plaintiff, by counsel and Klima, Peters & Daly, P.A. P.C., by counsel, and

Absolute Resolution Investments, LLC and STIPULATE that this matter is dismissed with

prejudice pursuant to FRCP 41(a)(1)(A)(ii). The court shall retain jurisdiction to enforce any

settlement agreement between the parties. Each party shall bear their own fees, costs and

expenses.

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

**Joy C. Griffith**

　　/s/ Jason M. Krumbein, Esq.　　
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

Klima, Peters & Daly, P.A. P.C.

　　/s/ Patrick K. Burns, Esq.　　
Patrick K. Burns, Esq. VSB#80188
pburns@grsm.com (email)
Gordon Rees Sculy Mansukhani, LLP
Counsel for Klima Peters & Daly
277 S. Washington St. Suite 550
Alexandria, VA 22314
202.399.1009
202.800.2999 (fax)

**Absolute Resolutions Investments, LLC**

　　/s/ Bradley T. Caner, Esq.　　
Bradley T. Canter, Esq. VSB#86766
The Law Offices of Ronald S. Canter, LLC
Counsel for Absolute Resolutions
Investments, LLC
BCanter@RonCanterLLC.com  (email)
2200 Research Blvd, Suite 560
Rockville, MD 20850
301-424-7490
301.424.7470 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 6 April 2026 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Patrick K. Burns, Esq.**
**Lauren Marshall Burnette, Esq.**
**Counsel for Klima, Peters & Daly, P.A. P.C**.

**Bradley T. Canter, Esq.**
**Counsel for Absolute Resolutions Investments, LLC**

And to the following non-filing users:

NONE

_____
Jason M. Krumbein, Esq. VSB# 43538
JKrumbein@KrumbeinLaw.com
Krumbein Consumer Legal Services, Inc.
10307 W. Broad St., Suite 293
Glen Allen, VA 23060
(804) 592-0792 - Telephone
(804) 823-2565 – Facsimile

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)